| | | |
|---|---|---|
| **DEBTOR:** Leah M. Gansler, et al | **CASE NO:** | 15-25311 |

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT**
**CHAPTER 11**
**INDIVIDUAL DEBTORS**

**Form 3**
**COVER SHEET AND QUESTIONNAIRE**

For the Period: 8/1/2016 to 8/31/2016

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| XX | ___ | 1  Cash Flow Statement (Page 2) |
| XX | ___ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| XX | ___ | 3  Cash Receipts Detail (Page 4) |
| XX | ___ | 4  Cash Disbursements Detail (Page 5) |
| XX | ___ | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| XX | ___ | 6  **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | | XX |
| 2. Are all insurance policies current and in effect? | XX | |
| 3. Have all taxes been timely filed and paid? | | XX |
| 4. Did you pay all your bills on time this month? | | XX |
| 5. Are you current on U.S. Trustee quarterly fees payments? | XX | |
| 6. Did you borrow money from anyone this month? | | XX |
| 7. Did you pay any bills you owed before you filed for bankruptcy? | | XX |
| 8. Do you have any bank accounts open other than the DIP account? | XX | |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| **Executed on:** 09/20/2016 | Signature (Debtor): | /s/ Leah M. Gansler |
|---|---|---|
| | Print name: | Leah M. Gansler |
| | Signature (Co-Debtor, if one): | /s/ Jacques Gansler |
| | Print name: | Jacques Gansler |

**DEBTOR:** Leah M. Gansler, et al     **CASE NUMBER:** 15-25311

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**For Period:** 8/1/2016 to 8/31/2016

**CASH FLOW SUMMARY (SEE NOTE A)**

1. **Beginning Cash Balance** $ 4,785.00 (1) A
2. **Cash Receipts**

| | | |
|---|---|---|
| Wages | $ | 1,564.26 |
| Sole Proprietorship Revenues | | |
| Draws from owned entities other than Sole Prop | | |
| Rental Income | | |
| Other  Social Security | | 3,422.00 |
| Other | | |
| Total Cash Receipts | $ | 4,986.26  B |

3. **Cash Disbursements**

| | | |
|---|---|---|
| Rent or home mortgage payment | $ | |
| Utilities and Telephone Expenses | | 1,701.57 |
| Home maintenance (repairs/upkeep) | | 25.45 |
| Food / Groceries | | 2,318.47 |
| Insurance payments | | 1,391.58 |
| Installment payments (including auto) | | 0.00 |
| Transportation (not including car payments) | | 228.15 |
| Legal / Professional Fees / U.S. Trustee Fees | | 0.00 |
| Sole Proprietorship Expenses | | 0.00 |
| Rental property expenses / repairs | | 0.00 |
| Other  Medical/Dental | | 167.81 |
| Other  Travel Entertainment | | 35.00 |
| Other | | |
| Miscellaneous | | 338.26 |
| Total Cash Disbursements | $ | 6,206.29  C |

4. **Net Cash Flow for Month** (Total Cash Receipts less Total Cash Disbursements)   (B - C)   (1,220.03)  D
5. **Ending Cash Balance**   (A + D) $   3,564.97  E

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---|
| Total Disbursements for the Month (from above) | 6,206.29 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | 6,206.29 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(1) Current month beginning cash balance should equal the previous month's ending balance.

Rev. 2013-07
PAGE 2

**DEBTOR:** Leah M. Gansler, et al    Case Number: 15-25311

**BANK RECONCILIATIONS**
Month ending: 8/31/2016

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | United Bank | United Bank | | |
| Last four digits of account | 0030 | 3802 | | |
| Purpose of Acct (Personal or Business) | Personal | Personal | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| Balance per Bank Statement at End of the Month | 14.74 | 942.80 | | |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 14.74 | 942.80 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS AT END OF THE MONTH | | | | 957.54 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL OWED POST-PETITION | |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL AMOUNT OWED TO YOU | |

### NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Starting on October 1, 2016, Mr. Gansler's consulting business will start receiving $100,000.00 per month for three months from one contract. Fifty percent (50%) of which is Mr. Gansler's.

(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance

**DEBTOR:** Leah M. Gansler, et al     **CASE NO:** 15-25311

**CASH RECEIPTS DETAIL (SEE NOTE A)**
For Period: 8/1/2016 to 8/31/2016

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

Total of all automatic credits for the month which identify source of deposit    4,926.26 A

For all counter deposits, record the detail of each showing the following:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

Total of all counter deposits    0.00 B

Total Cash Receipts (A + B)    $ 4,926.26 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2012-10
PAGE 4

**DEBTOR:** Leah M. Gansler, et al     **CASE NO:** 15-25311

### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 8/1/2016 to 8/31/2016
*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

Total of all automatic debits for the month which identify who is paid    6,206.29 A

For all checks written, record the detail of each showing the following:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 8/1  | 497 | | | 1,300.00 |
| 8/12 |     | | |   300.00 |
| 8/26 |     | | |   100.00 |

Total of all checks written    1,700.00 B

Total Cash Disbursements (A + B)    $ 7,906.29 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2013-07
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Leah M. Gansler, et al        **Case Number:** 15-25311
**Date Case was filed:** 11/3/2015

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year: 2015**

|     | Inc | Exp | Net |
|-----|-----|-----|-----|
| Jan |     |     | 0   |
| Feb |     |     | 0   |
| Mar |     |     | 0   |
| Apr |     |     | 0   |
| May |     |     | 0   |
| Jun |     |     | 0   |
| Jul |     |     | 0   |
| Aug |     |     | 0   |
| Sep |     |     | 0   |
| Oct |     |     | 0   |
| Nov | 3,834 | 19,136 | (15,302) |
| Dec | 16,674 | 6,617 | 10,057 |
| **TOTAL** | 20,508 | 25,753 | (5,245) |

**Year: 2016**

|     | Inc-2 | Exp-2 | Net-2 |
|-----|-------|-------|-------|
| Jan | 16,962 | 3,077 | 13,885 |
| Feb | 21,145 | 17,417 | 3,728 |
| Mar | 66,262 | 43,423 | 22,839 |
| Apr | 3,364 | 16,471 | (13,107) |
| May | 20,237 | 15,008 | 5,228 |
| Jun | 13,965 | 8,764 | 5,200 |
| Jul | 51,416 | 50,332 | 1,084 |
| Aug | 4,986 |       | 4,986 |
| Sep |       |       | 0 |
| Oct |       |       | 0 |
| Nov |       |       | 0 |
| Dec |       |       | 0 |
| **TOTAL** | 198,337 | 154,493 | 43,844 |



| | |
|---|---|
| Last statement: July 15, 2016 | Page 1 of 4 |
| This statement: August 15, 2016 | ▮▮▮▮▮▮0030 |
| Total days in statement period: 31 | |
| | Direct inquiries to: |
| | 800-730-6169 |
| **JACQUES GANSLER** | |
| **LEAH GANSLER** | United Bank |
| **7203 FARM MEADOW CT** | 14048 Parkeast Circle, Ste 100 |
| **MCLEAN VA 22101-5658** | Chantilly VA 20151 |

WE HAVE INCREASED OUR CLASSIFICATION FOR A DORMANT ACCOUNT FROM 6 MONTHS TO 12 MONTHS FOR ALL CHECKING ACCOUNTS, EFFECTIVE AUGUST 18TH, 2016. IF AN ACCOUNT HAS NO DEPOSITS OR WITHDRAWALS AND THE CUSTOMER HAS HAD NO COMMUNICATION WITH THE BANK ABOUT THE ACCOUNT FOR 12 MONTHS, THE ACCOUNT WILL BE CONSIDERED DORMANT AND THE ASSOCIATED FEES WILL BE ASSESSED. WE HAVE ALSO REMOVED THE MONTHLY INACTIVE FEE.

## United Free Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮▮▮0030 | Beginning balance | $9,085.00 |
| Low balance | $1,036.16 | Total additions | 20,986.26 |
| Average balance | $6,052.42 | Total subtractions | 28,470.84 |
| Avg collected balance | $6,052 | Ending balance | $1,600.42 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 07-22 | 200.00 | 497 | 08-01 | 1,300.00 |
| | 07-27 | 7,500.00 | 498 | 07-22 | 1,009.00 |
| | 08-12 | 300.00 | 534 * | 07-18 | 2,000.00 |
| 282 | 07-21 | 500.00 | 1174 * | 07-18 | 550.00 |
| 496 * | 07-19 | 708.00 | * Skip in check sequence | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-18 | ' Internet/Phone Trans | 500.00 |
| | TO ACC XXXXXXX3802 DATE: 07-18-16 TIME: 08:28:34 | |
| 07-20 | ' Internet/Phone Trans | 300.00 |
| | TO ACC XXXXXXX3802 DATE: 07-20-16 TIME: 13:27:52 | |
| 07-22 | ' Direct S/C | 14.00 |
| | WIRE TRANSFER FEE | |
| 07-22 | ' Internet/Phone Trans | 1,000.00 |
| | TO ACC XXXXXXX3802 DATE: 07-22-16 TIME: 08:47:34 | |

bankwithunited.com

JACQUES GANSLER                                                          Page 2 of 4
August 15, 2016                                                          0030

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 07-22 | Telephone Transfer | 2,000.00 |
| 07-25 | ' ACH Debit | 579.45 |
|  | DOMINION VA POWE ONLINE PMT 160725 | |
|  | LEAH GANSLER | |
| 07-25 | ' ACH Debit | 579.45 |
|  | DOMINION VA POWE ONLINE PMT 160725 | |
|  | LEAH GANSLER | |
| 07-27 | ' Internet/Phone Trans | 500.00 |
|  | TO ACC XXXXXXX3802DATE: 07-27-16 TIME: 08:34:13 | |
| 08-01 | ' Internet/Phone Trans | 500.00 |
|  | TO ACC XXXXXXX3802DATE: 08-01-16 TIME: 08:24:42 | |
| 08-01 | ' ACH Debit | 341.77 |
|  | COX COMM NVA BANK DRAFT 160801 | |
|  | Jacques Gansler | |
| 08-03 | Telephone Transfer | 3,500.00 |
| 08-04 | ' Internet/Phone Trans | 300.00 |
|  | TO ACC XXXXXXX3802DATE: 08-04-16 TIME: 08:20:55 | |
| 08-04 | ' ACH Debit | 469.42 |
|  | VZ WIRELESS VE E CHECK 160804 | |
| 08-05 | ' Internet/Phone Trans | 250.00 |
|  | TO ACC XXXXXXX3802DATE: 08-05-16 TIME: 12:30:00 | |
| 08-08 | ' Internet/Phone Trans | 150.00 |
|  | TO ACC XXXXXXX3802DATE: 08-07-16 TIME: 12:08:46 | |
| 08-10 | ' Internet/Phone Trans | 200.00 |
|  | TO ACC XXXXXXX3802DATE: 08-10-16 TIME: 10:27:47 | |
| 08-10 | Telephone Transfer | 2,000.00 |
| 08-11 | ' ACH Debit | 519.75 |
|  | COMCAST CABLE 160811 | |
| 08-12 | ' Internet/Phone Trans | 600.00 |
|  | TO ACC XXXXXXX3802DATE: 08-12-16 TIME: 05:57:00 | |
| 08-15 | ' Internet/Phone Trans | 100.00 |
|  | TO ACC XXXXXXX3802DATE: 08-14-16 TIME: 13:36:21 | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|----------:|
| 07-22 | ' Wire Transfer-IN | 15,000.00 |
| 08-03 | ' ACH Deposit | 1,192.00 |
|  | SSA TREAS 310 XXSOC SEC 160803 | |
|  | LEGIA M GANSLER | |
| 08-03 | ' ACH Deposit | 2,230.00 |
|  | SSA TREAS 310 XXSOC SEC 160803 | |
|  | JACQUES S GANSLER | |
| 08-05 | Telephone Transfer | 1,000.00 |
| 08-12 | ' ACH Deposit | 1,564.26 |
|  | STATE OF MD PAYROLL 160812 | |
|  | GANSLER, JACQUES S | |

JACQUES GANSLER  
August 15, 2016

Page 3 of 4  
0030

## DAILY BALANCES

| Date  | Amount    | Date  | Amount    | Date  | Amount   |
|-------|-----------|-------|-----------|-------|----------|
| 07-15 | 9,085.00  | 07-25 | 14,145.10 | 08-08 | 3,755.91 |
| 07-18 | 6,035.00  | 07-27 | 6,145.10  | 08-10 | 1,555.91 |
| 07-19 | 5,327.00  | 08-01 | 4,003.33  | 08-11 | 1,036.16 |
| 07-20 | 5,027.00  | 08-03 | 3,925.33  | 08-12 | 1,700.42 |
| 07-21 | 4,527.00  | 08-04 | 3,155.91  | 08-15 | 1,600.42 |
| 07-22 | 15,304.00 | 08-05 | 3,905.91  |       |          |

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $75.00             |
| Total Returned Item Fees | $0.00                 | $0.00              |

*Thank you for banking with United Bank*

CHECKS OUTSTANDING—NOT CHARGED TO ACCOUNT

| No. | $ | | No. | $ | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Checks Outstanding | $ | |

BANK BALANCE SHOWN IN THIS STATEMENT     $ _____

ADD DEPOSITS NOT CREDITED IN THIS STATEMENT   + $ _____

TOTAL     $ _____

SUBTRACT CHECKS OUTSTANDING   - $ _____

BALANCE   $ _____

The balance should agree with your checkbook balance after deducting any service charge and adding any interest earned shown on this statement.

### In case of errors or questions about your electronic transfers.

**If you bank in WV, OH, PA, or Hagerstown, MD:**

Write us at:
United Processing Center
500 Virginia Street, East
P. O. Box 393
Charleston, WV 25322-0393

**If you bank in VA, DC, or Montgomery Co., MD:**

Write us at:
United Processing Center
14048 Parkeast Circle
Suite 100
Chantilly, VA 20151-4218

**Call 1.800.327.9862**

Email us through the "Contact Us" link on our website. www.BankWithUnited.com

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. After we hear from you, we will determine whether an error occurred within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly.

If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint in question. If we decide to do this, we will credit your account within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Your account is considered a new account for the first 30 days after the first deposit is made, unless you already had an established account with us before this account was opened. We will tell you the results within three business days after completing our investigation.

If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.



Member FDIC

# United Bank
@ your service

Last statement: August 15, 2016  
This statement: September 15, 2016  
Total days in statement period: 31

Page 1 of 3  
▮▮▮▮▮▮0030

Direct inquiries to:  
800-730-6169

JACQUES GANSLER  
LEAH GANSLER  
7203 FARM MEADOW CT  
MCLEAN VA 22101-5658

United Bank  
14048 Parkeast Circle, Ste 100  
Chantilly VA 20151

## United Free Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮▮▮0030 | Beginning balance | $1,600.42 |
| Low balance | $-2,049.58 | Total additions | 7,316.02 |
| Average balance | $1,447.07 | Total subtractions | 7,136.04 |
| Avg collected balance | $1,447 | Ending balance | $1,780.40 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 495 R | 08-23 | 2,600.00 | R-Check has been returned | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 08-16 | ' Internet/Phone Trans | 200.00 |
| | TO ACC XXXXXXX3802 DATE: 08-16-16 TIME: 09:11:28 | |
| 08-18 | ' Internet/Phone Trans | 300.00 |
| | TO ACC XXXXXXX3802 DATE: 08-18-16 TIME: 11:14:41 | |
| 08-22 | ' Internet/Phone Trans | 200.00 |
| | TO ACC XXXXXXX3802 DATE: 08-20-16 TIME: 14:49:17 | |
| 08-23 | ' Internet/Phone Trans | 350.00 |
| | TO ACC XXXXXXX3802 DATE: 08-23-16 TIME: 00:43:52 | |
| 08-23 | ' Overdraft Fee | 37.50 |
| | FOR OVERDRAFT INTERNET/PHONE TRA997000823004356 | |
| 08-23 | ' NSF Return Item Fee | 37.50 |
| | FOR RETURN OF CHECK # 495 | |
| 08-25 | ' Internet/Phone Trans | 100.00 |
| | TO ACC XXXXXXX3802 DATE: 08-25-16 TIME: 13:42:38 | |
| 08-31 | ' ACH Debit | 360.68 |
| | COX COMM NVA BANK DRAFT 160831 | |
| | Jacques Gansler | |
| 09-06 | ' Internet/Phone Trans | 400.00 |
| | TO ACC XXXXXXX3802 DATE: 09-06-16 TIME: 08:42:53 | |
| 09-08 | ' Internet/Phone Trans | 1,000.00 |
| | TO ACC XXXXXXX3802 DATE: 09-08-16 TIME: 06:51:22 | |

bankwithunited.com

JACQUES GANSLER  
September 15, 2016  

Page 2 of 3  
0030

| Date | Description | Subtractions |
|---|---|---|
| 09-12 | ' ACH Debit<br>VZ WIRELESS VE E CHECK 160912 | 530.86 |
| 09-13 | ' ACH Debit<br>VERIZON PaymentONE 160913 | 370.97 |
| 09-15 | ' Direct S/C<br>WIRE TRANSFER FEE | 14.00 |
| 09-15 | ' ACH Debit<br>FPL DIRECT DEBIT ELEC PYMT 160914 | 180.31 |
| 09-15 | ' ACH Debit<br>FPL DIRECT DEBIT ELEC PYMT 160914 | 454.22 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 08-23 | ' NSF Returned Item<br>CHECK 495 | 2,600.00 |
| 09-02 | ' ACH Deposit<br>SSA TREAS 310 XXSOC SEC 160902<br>LEGIA M GANSLER | 1,192.00 |
| 09-02 | ' ACH Deposit<br>SSA TREAS 310 XXSOC SEC 160902<br>JACQUES S GANSLER | 2,230.00 |
| 09-15 | ' Wire Transfer-IN | 1,294.02 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-15 | 1,600.42 | 08-25 | 375.42 | 09-12 | 1,505.88 |
| 08-16 | 1,400.42 | 08-31 | 14.74 | 09-13 | 1,134.91 |
| 08-18 | 1,100.42 | 09-02 | 3,436.74 | 09-15 | 1,780.40 |
| 08-22 | 900.42 | 09-06 | 3,036.74 | | |
| 08-23 | 475.42 | 09-08 | 2,036.74 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $37.50 | $112.50 |
| Total Returned Item Fees | $37.50 | $37.50 |

*Thank you for banking with United Bank*

CHECKS OUTSTANDING—NOT CHARGED TO ACCOUNT

| No. | $ | | No. | $ | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Checks Outstanding | $ | |

BANK BALANCE SHOWN IN
THIS STATEMENT                                $ _____

ADD DEPOSITS NOT CREDITED
IN THIS STATEMENT             +    $ _____
                                   _____
                                   _____
                                   _____

TOTAL                                         $ _____

SUBTRACT
CHECKS OUTSTANDING            -    $ _____

BALANCE                                       $ _____

The balance should agree with your checkbook balance after deducting any service charge and adding any interest earned shown on this statement.

---

### In case of errors or questions about your electronic transfers.

**If you bank in WV, OH, PA, or Hagerstown, MD:**

Write us at:
United Processing Center
500 Virginia Street, East
P. O. Box 393
Charleston, WV 25322-0393

**If you bank in VA, DC, or Montgomery Co., MD:**

Write us at:
United Processing Center
14048 Parkeast Circle
Suite 100
Chantilly, VA 20151-4218

**Call 1.800.327.9862**

Email us through the "Contact Us" link on our website. www.BankWithUnited.com

---

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. After we hear from you, we will determine whether an error occurred within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly.

If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint in question. If we decide to do this, we will credit your account within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Your account is considered a new account for the first 30 days after the first deposit is made, unless you already had an established account with us before this account was opened. We will tell you the results within three business days after completing our investigation.

If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.


LENDER

Member FDIC

**United Bank**
@ your service™

Last statement: August 04, 2016  
This statement: September 04, 2016  
Total days in statement period: 31

Page 1 of 7  
■■■■3802

Direct inquiries to:  
800-730-6169

**LEAH GANSLER**  
**JACQUES GANSLER**  
**7203 FARM MEADOW CT**  
**MCLEAN VA 22101-5658**

United Bank  
14048 Parkeast Circle, Ste 100  
Chantilly VA 20151

## United Free Checking

| | | | |
|---|---|---|---|
| Account number | ■■■■3802 | Beginning balance | $667.26 |
| Low balance | $93.60 | Total additions | 4,615.99 |
| Average balance | $584.11 | Total subtractions | 4,680.49 |
| Avg collected balance | $584 | Ending balance | $602.76 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 08-26 | 100.00 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 08-05 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 443106 MADISON DELI<br>MCLEAN VA XXXXXXXXXXXX0012 08-05-16 | 20.30 |
| 08-05 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 422443 MCLEAN HARDWARE<br>MCLEAN VA XXXXXXXXXXXX0012 08-04-16 | 25.45 |
| 08-05 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 469216 MICHAELS STORES 97<br>12 VIENNA VA XXXXXXXXXXXX0012 08-04-16 | 31.01 |
| 08-05 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 STAPLES 0010<br>9090 VIENNA VA XXXXXXXXXXXX0012 08-03-16 | 38.14 |
| 08-08 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 443106 MADISON DELI<br>MCLEAN VA XXXXXXXXXXXX0012 08-06-16 | 14.44 |
| 08-08 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 463923 MCLEAN FAMILY REST<br>AURANTMCLEAN VA XXXXXXXXXXXX0012 08-04-16 | 34.40 |
| 08-08 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 441289 HOUSE OF FORTUNE<br>MCLEAN VA XXXXXXXXXXXX0012 08-06-16 | 52.41 |

LEAH GANSLER                                                                                  Page 2 of 7
September 04, 2016                                                                                  3802

| Date  | Description | Subtractions |
|-------|-------------|--------------|
| 08-08 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 478930 BARSTONS CHILDS PL<br>AY MCLEAN VA XXXXXXXXXXXX0012 08-04-16 | 52.51 |
| 08-08 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 423168 RED HOT BLUE ANN<br>APOLISANNAPOLIS MDXXXXXXXXXXXX0012 08-07-16 | 60.89 |
| 08-09 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 449215 SQ GREAT HARVEST<br>B ANNAPOLIS MD XXXXXXXXXXXX0012 08-08-16 | 16.00 |
| 08-09 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 422443 ROCCOS ITALIAN RES<br>MCLEAN VA XXXXXXXXXXXX0012 08-07-16 | 38.58 |
| 08-09 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 469216 SOFIS CREPES<br>ANNAPOLIS MD XXXXXXXXXXXX5574 08-08-16 | 59.41 |
| 08-09 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 SAFEWAY STORE 0002<br>7649 ARNOLD MD XXXXXXXXXXXX0012 08-07-16 | 174.35 |
| 08-09 | ' ACH Debit<br>USAA P&C EXT AUTOPAY 160809 | 1,019.31 |
| 08-10 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 429910 72785 ON STREET<br>OPERATANNAPOLIS MDXXXXXXXXXXXX0012 08-08-16 | 2.00 |
| 08-10 | ' POS Signature Purch<br>[redacted] | 9.53 |
| 08-10 | ' POS Signature Purch<br>[redacted] | 22.07 |
| 08-10 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 SAFEWAY STORE 0002<br>7649 ARNOLD MD XXXXXXXXXXXX0012 08-08-16 | 36.80 |
| 08-10 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 431605 SHELL OIL 57542906<br>706 ANNAPOLIS MD XXXXXXXXXXXX0012 08-08-16 | 63.12 |
| 08-11 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 475542 EL TIO GRILL MCLEA<br>N MCLEAN VA XXXXXXXXXXXX0012 08-10-16 | 60.62 |
| 08-12 | ' ACH Debit<br>USAA P&C EXT AUTOPAY 160812 | 84.87 |
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 469216 INTUIT QB ONLINE<br>800 286 6 CA XXXXXXXXXXXX0012 08-12-16 | 24.00 |
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 422443 PUSSER S CARIBBEAN<br>ANNAPOLIS MD XXXXXXXXXXXX0012 08-13-16 | 54.17 |

LEAH GANSLER                                                    Page 3 of 7
September 04, 2016                                                   3802

| Date  | Description | Subtractions |
|-------|-------------|--------------|
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 TARGET 0002<br>2715 ANNAPOLIS MD XXXXXXXXXXXX0012 08-14-16 | 62.15 |
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 TARGET 0002<br>2715 ANNAPOLIS MD XXXXXXXXXXXX0012 08-12-16 | 62.99 |
| 08-15 | ' POS Signature Purch | 77.53 |
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 444500 WHOLEFDS ASI 10228<br>ANNAPOLIS MD XXXXXXXXXXXX0012 08-13-16 | 84.04 |
| 08-15 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 463422 BELLA LIFESTYLE NA<br>IL SALANNAPOLIS MDXXXXXXXXXXXX0012 08-13-16 | 95.00 |
| 08-16 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 422369 49 WEST<br>ANNAPOLIS MD XXXXXXXXXXXX0012 08-14-16 | 67.46 |
| 08-16 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 460316 MYLO`S GRILL<br>MCLEAN VA XXXXXXXXXXXX0012 08-14-16 | 67.82 |
| 08-16 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 424760 CHEVYS FRESH MEX O<br>F ANNAANNAPOLIS MDXXXXXXXXXXXX0012 08-12-16 | 93.30 |
| 08-17 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 469216 BWI BOINGO WIRELES<br>S 800 880 4 CA XXXXXXXXXXXX0012 08-16-16 | 9.95 |
| 08-17 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 475542 DEPT MOTOR VEHICLE<br>S 246 866 36854 VAXXXXXXXXXXXX0012 08-16-16 | 31.00 |
| 08-17 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 441289 HOUSE OF FORTUNE<br>MCLEAN VA XXXXXXXXXXXX0012 08-15-16 | 56.65 |
| 08-18 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 469216 FOUR SISTERS<br>MERRIFIEL VA XXXXXXXXXXXX0012 08-16-16 | 63.95 |
| 08-19 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 443106 MADISON DELI<br>MCLEAN VA XXXXXXXXXXXX0012 08-19-16 | 23.60 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 401339 72785 ON STREET<br>OPERATANNAPOLIS MDXXXXXXXXXXXX0012 08-20-16 | 1.00 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 401339 72785 ON STREET<br>OPERATANNAPOLIS MDXXXXXXXXXXXX0012 08-20-16 | 1.00 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 478930 ONE PARKING 8270 G<br>REENSBMCLEAN MD XXXXXXXXXXXX0012 08-19-16 | 8.00 |

**LEAH GANSLER**  Page 4 of 7
September 04, 2016  3802

| Date | Description | Subtractions |
|---|---|---|
| 08-22 | ' POS Signature Purch | 14.81 |
| 08-22 | ' POS Signature Purch | 43.87 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 401339 IRON ROOSTER<br>ANNAPOLIS MD XXXXXXXXXXX0012 08-20-16 | 51.05 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 476197 PF CHANGS 9848<br>ANNAPOLIS MD XXXXXXXXXXX0012 08-21-16 | 60.01 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416405 EXXONMOBIL 4783<br>2704 BOWIE MD XXXXXXXXXXX0012 08-19-16 | 69.94 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 401339 THE POINT CRAB HOU<br>SE ANDARNOLD MD XXXXXXXXXXX0012 08-19-16 | 85.02 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 407280 FACTORS ROW<br>ANNAPOLIS MD XXXXXXXXXXX0012 08-20-16 | 89.36 |
| 08-22 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 SAFEWAY STORE 0002<br>7649 ARNOLD MD XXXXXXXXXXX0012 08-20-16 | 169.78 |
| 08-24 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 460316 MYLO`S GRILL<br>MCLEAN VA XXXXXXXXXXX0012 08-22-16 | 64.11 |
| 08-25 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 432300 PASA THAI CUISINE<br>MCLEAN VA XXXXXXXXXXX0012 08-23-16 | 74.54 |
| 08-26 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 422443 ROCCOS ITALIAN RES<br>MCLEAN VA XXXXXXXXXXX0012 08-24-16 | 33.55 |
| 08-26 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 443565 CAPRI RISTORANTE I<br>TALIANMCLEAN VA XXXXXXXXXXX0012 08-25-16 | 74.12 |
| 08-29 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 401339 MENCHIES<br>ANNAPOLIS MD XXXXXXXXXXX0012 08-27-16 | 13.85 |
| 08-29 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 463923 MCLEAN FAMILY REST<br>AURANTMCLEAN VA XXXXXXXXXXX0012 08-26-16 | 30.86 |
| 08-29 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 441290 MARYLAND RENAISSAN<br>CE FESANNAPOLIS MDXXXXXXXXXXX0012 08-27-16 | 35.00 |
| 08-29 | ' POS Signature Purch<br>MERCHANT PURCHASE TERMINAL 416407 TARGET 0002<br>2715 ANNAPOLIS MD XXXXXXXXXXX0012 08-28-16 | 50.27 |

LEAH GANSLER  Page 5 of 7
September 04, 2016  3802

| Date | Description | Subtractions |
|---|---|---|
| 08-29 | ' POS Signature Purch | 52.74 |
| | MERCHANT PURCHASE TERMINAL 425138 ANNAPOLIS DOUBLE T DINERANNAPOLIS MDXXXXXXXXXXXX0012 08-28-16 | |
| 08-29 | ' POS Signature Purch | 65.65 |
| | MERCHANT PURCHASE TERMINAL 443106 CHART HOUSE ANNAPO LIS ANNAPOLIS MD XXXXXXXXXXXX0012 08-28-16 | |
| 08-29 | ' POS Signature Purch | 84.02 |
| | MERCHANT PURCHASE TERMINAL 441290 ZIKI JAPANESE STEA K HOUSANNAPOLIS MDXXXXXXXXXXXX0012 08-27-16 | |
| 08-30 | ' POS Signature Purch | 30.92 |
| | MERCHANT PURCHASE TERMINAL 441289 HOUSE OF FORTUNE MCLEAN VA XXXXXXXXXXXX0012 08-28-16 | |
| 08-30 | ' POS Signature Purch | 49.34 |
| | MERCHANT PURCHASE TERMINAL 443565 7 SPICE FINE INDIA N CUISMCLEAN VA XXXXXXXXXXXX0012 08-30-16 | |
| 08-30 | ' POS Signature Purch | 52.09 |
| | MERCHANT PURCHASE TERMINAL 413829 NEX FUEL 050460 ANNAPOLIS MD XXXXXXXXXXXX0012 08-28-16 | |
| 08-31 | ' POS Signature Purch | 15.19 |
| | MERCHANT PURCHASE TERMINAL 443106 FLUFFY THOUGHTS CA KES MCLEAN VA XXXXXXXXXXXX0012 08-30-16 | |
| 08-31 | ' POS Signature Purch | 74.55 |
| | MERCHANT PURCHASE TERMINAL 416407 SAFEWAY STORE0001 3003 MCLEAN VA XXXXXXXXXXXX0012 08-29-16 | |
| 09-01 | ' POS Signature Purch | 32.02 |
| | MERCHANT PURCHASE TERMINAL 422443 ROCCOS ITALIAN RES MCLEAN VA XXXXXXXXXXXX9658 08-30-16 | |
| 09-01 | ' POS Signature Purch | 76.61 |
| | MERCHANT PURCHASE TERMINAL 444500 J GILBERTS 823 MCLEAN VA XXXXXXXXXXXX0012 08-31-16 | |
| 09-01 | ' POS Signature Purch | 287.40 |
| | MERCHANT PURCHASE TERMINAL 469216 HIS HISCOX INC 888 202 3 GA XXXXXXXXXXXX9658 08-31-16 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 08-05 | ' Internet/Phone Trans | 250.00 |
| | FR ACC XXXXXXX0030DATE: 08-05-16 TIME: 12:30:00 | |
| 08-08 | ' Internet/Phone Trans | 150.00 |
| | FR ACC XXXXXXX0030DATE: 08-07-16 TIME: 12:08:46 | |
| 08-09 | Telephone Transfer | 810.00 |
| 08-10 | ' Internet/Phone Trans | 200.00 |
| | FR ACC XXXXXXX0030DATE: 08-10-16 TIME: 10:27:47 | |
| 08-12 | ' Internet/Phone Trans | 600.00 |
| | FR ACC XXXXXXX0030DATE: 08-12-16 TIME: 05:57:00 | |
| 08-15 | ' Internet/Phone Trans | 100.00 |
| | FR ACC XXXXXXX0030DATE: 08-14-16 TIME: 13:36:21 | |

**LEAH GANSLER**  Page 6 of 7
September 04, 2016           3802

| Date | Description | Additions |
|---|---|---|
| 08-16 | ' Internet/Phone Trans | 200.00 |
| | FR ACC XXXXXX0030 DATE: 08-16-16 TIME: 09:11:28 | |
| 08-18 | ' Internet/Phone Trans | 300.00 |
| | FR ACC XXXXXX0030 DATE: 08-18-16 TIME: 11:14:41 | |
| 08-22 | ' Internet/Phone Trans | 200.00 |
| | FR ACC XXXXXX0030 DATE: 08-20-16 TIME: 14:49:17 | |
| 08-23 | ' Internet/Phone Trans | 350.00 |
| | FR ACC XXXXXX0030 DATE: 08-23-16 TIME: 00:43:52 | |
| 08-25 | ' Internet/Phone Trans | 100.00 |
| | FR ACC XXXXXX0030 DATE: 08-25-16 TIME: 13:42:38 | |
| 08-26 | Telephone Transfer | 800.00 |
| 08-31 | Misc Credit | 500.00 |
| 09-01 | ' ACH Deposit | 55.99 |
| | TIAA-CREF DISTR. ANNUITY 160901 | |
| | JACQUES S GANSLER | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-04 | 667.26 | 08-15 | 401.17 | 08-24 | 379.49 |
| 08-05 | 802.36 | 08-16 | 372.59 | 08-25 | 404.95 |
| 08-08 | 737.71 | 08-17 | 274.99 | 08-26 | 997.28 |
| 08-09 | 240.06 | 08-18 | 511.04 | 08-29 | 664.89 |
| 08-10 | 306.54 | 08-19 | 487.44 | 08-30 | 532.54 |
| 08-11 | 245.92 | 08-22 | 93.60 | 08-31 | 942.80 |
| 08-12 | 761.05 | 08-23 | 443.60 | 09-01 | 602.76 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $187.50 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with United Bank**

CHECKS OUTSTANDING—NOT CHARGED TO ACCOUNT

| No. | $ | | No. | $ | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Checks Outstanding | $ | |

BANK BALANCE SHOWN IN
THIS STATEMENT                          $ _____

ADD DEPOSITS NOT CREDITED
IN THIS STATEMENT              +      $ _____
                                       _____
                                       _____

TOTAL                                  $ _____

SUBTRACT
CHECKS OUTSTANDING             -      $ _____

The balance should agree with your checkbook balance after deducting any service charge and adding any interest earned shown on this statement.

BALANCE                                $ _____

### In case of errors or questions about your electronic transfers.

**If you bank in WV, OH, PA, or Hagerstown, MD:**

Write us at:
United Processing Center
500 Virginia Street, East
P. O. Box 393
Charleston, WV 25322-0393

**If you bank in VA, DC, or Montgomery Co., MD:**

Write us at:
United Processing Center
14048 Parkeast Circle
Suite 100
Chantilly, VA 20151-4218

**Call 1.800.327.9862**

Email us through the "Contact Us" link on our website. www.BankWithUnited.com

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. After we hear from you, we will determine whether an error occurred within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly.

If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint in question. If we decide to do this, we will credit your account within 10 business days (5 business days for United Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Your account is considered a new account for the first 30 days after the first deposit is made, unless you already had an established account with us before this account was opened. We will tell you the results within three business days after completing our investigation.

If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.


LENDER

Member FDIC