# EXHIBIT A
# Real Estate Tax Invoice (May 31, 2016)



Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County
P.O. Box 3353
West Palm Beach, FL 33402-3353

## Tax Account

| Property Control Number | Property Type | Status |
|---|---|---|
| 56-43-42-26-14-001-0401 | Real Property | Active |

| Mailing Address: | Property Address: |
|---|---|
| GANSLER JACQUES S & | 2700 N OCEAN DR 401A |
| 2700 N OCEAN DR APT 401A | WEST PALM BEACH FL 33404 |
| RIVIERA BEACH , FL 33404-4768 | |
| Geo CD: | Deed Number: 0 |

| Legal Description |
|---|
| 2700 NORTH OCEAN CONDOMINIUM UNITS 401A & 501A |

## Tax & Assessment

## Tax Installment

| Period | Bill Number | Due Date | Bill Year | Tax | Discount | Penalty/Fee | Interest | Total Due | |
|---|---|---|---|---|---|---|---|---|---|
| INST 1 | (05/31/2016) 2016:20241 | 5/31/2016 | 2016 | $80,677.05 | $0.00 | $0.00 | $4,033.85 | $84,710.90 | |
| | | | Total Due: | $80,677.05 | $0.00 | $0.00 | $4,033.85 | $84,710.90 | |

## Notice to Tax Payer

### Tax Certificates

Payments made between 5/31 – 6/7 of any year indicates the purchase of a Tax Certificate for delinquent taxes only.  Tax Certificate purchase(s) ARE **NOT** a payment of taxes.  "Paid By" information displays the name of the Tax Certificate purchaser.

If your bill number begins with a year (i.e. 2012-001234), a Tax Certificate was sold for delinquent property taxes. An additional collection fee of **$6.25** must be added to the total amount due for each delinquent tax year once a tax certificate has been sold. The amount due is shown above in the "Tax Installment" section under the Total Due column. **If no other payments or receipt numbers display for that year in the Tax Payment section, delinquent taxes are due.**

** This Icon ⚠ indicates delinquent taxes and the tax bill cannot be paid on-line at this time. It may also indicate a recent TDA where additional fees are required. Contact our office at 561-355-2264 or email ClientAdvocate@taxcollectorpbc.com for additional details.



## Tax Payment

| No Payment Records Found |
|---|